# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **KRYSTAL WAGNER, individually, and as Administrator of the Estate of Shane Jensen,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**WILLIAM (BILL) L. SPECE,**<br><br>    **Defendant.** | Case No. 3:19-cv-3007-KEM<br><br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESISTANCE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>(Unresisted) |

    **COMES NOW** the Plaintiff, Krystal Wagner, by and through her undersigned attorneys, and hereby requests an extension of time to file Plaintiff's Resistance to Defendant's Motion for Summary Judgement and in support states to the Court as follows:

    1.    Defendant filed a Motion for Summary Judgment on November 1, 2021.

    2.  Plaintiff's Resistance to Defendant's Motion for Summary Judgment is due November 22, 2021.

    3.    Due to other pressing matters Plaintiff's counsel has not had time to devote to draft and finalize the Resistance and asks for an extension until December 2, 2021.

    4.    Plaintiff's counsel has conferred with Defendant's counsel regarding an extension to file the Resistance, and Defendant has no objection. Defense counsel has requested an extension to file a Reply brief until December 20, 2021.

    5.    This motion is not made to solely delay or hinder these proceedings, but rather based upon good cause as set forth herein.

WHEREFORE, Plaintiff, respectfully requests that the Court grant an extension of time to filer her Resistance to Defendant's Motion for Summary Judgment to December 6, 2021 and provide Defendant until December 20, 2021, to file any Reply, for the reasons set forth above and order such other and further relief as it deems just and equitable in the premises.

Respectfully submitted:

*/s/ David A. O'Brien*
David A. O'Brien AT0005870
Dave O'Brien Law
1500 Center St. NE
Cedar Rapids, IA 52402
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
E-mail: dave@daveobrienlaw.com

*/s/ Brooke Timmer*
TIMMER & JUDKINS, P.L.L.C.
Brooke Timmer AT0008821
brooke@timmerjudkins.com
Century II Building
1415 28th Street, Suite 375
West Des Moines, IA 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE AND FILING

The undersigned hereby certifies that on November 18, 2021, I filed the foregoing with the Clerk of Court using CM/ECF system. Notice of Electronic Filing will be sent by operation of CM/ECF to all counsel of record registered.

**Copy to:**

THOMAS J. MILLER
Iowa Attorney General
JEFFREY C. PETERZALEK
TESSA REGISTER
Assistant Attorney Generals
Hoover State Office Building, 2nd Floor
1305 E. Walnut

2

Des Moines, IA 50319
Ph: (515) 281-4213
Fax: (515) 281-4209
E-mail: Jeffrey.Peterzalek@ag.iowa.gov
E-mail: Tessa.Register@ag.iowa.gov
***ATTORNEYS FOR DEFENDANTS***

                                                */s/ Julia Daugherty*
                                                **Julia Daugherty**